A CERTIFIED TRUE COPY

ATTEST

By Tarrell L. Littleton on Sep 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Aug 25, 2010

FILED
CLERK'S OFFICE

**IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**                MDL No. 1964

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On August 22, 2008, the Panel transferred eight civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 572 F.Supp.2d 1382 (J.P.M.L. 2008). Since that time, 448 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W. Sippel.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W. Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**          MDL No. 1964

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC   2   10-5788        Lacy Nerud v. Organon USA, Inc., et al.

CALIFORNIA NORTHERN
  CAN   3   10-3033        Dayna Weaver v. Organon USA, Inc., et al.
  CAN   3   10-3046        Nytira Duplessis v. Organon USA, Inc., et al.

KANSAS
  KS    2   10-2376        Lindsey Butcher v. Organon USA, Inc., et al.

LOUISIANA EASTERN
  LAE   2   10-2000        Jenny Lorusso v. Organon Pharmaceuticals USA, Inc., et al.

MARYLAND
  MD    1   10-2096        Nicole Cooper v. Organon USA, Inc., et al.
  MD    8   10-1705        Sarah Bakka v. Organon USA, Inc., et al.

MINNESOTA
  MN    0   10-2314        Nicole R. Nemic v. Organon USA, Inc., et al.
  MN    0   10-2321        Kimberly L. Sutter v. Organon USA, Inc., et al.
  MN    0   10-2322        Kathleen McMahen v. Organon USA, Inc., et al.
  MN    0   10-2328        Leah J. Hess v. Organon USA, Inc., et al.
  MN    0   10-2337        Tiara A. Broaddus v. Organon USA, Inc., et al.
  MN    0   10-2342        Donielle Auguston v. Organon USA, Inc., et al.
  MN    0   10-3163        Nicole Soto v. Organon USA, Inc., et al.
  MN    0   10-3164        Latisha Silvera v. Organon USA, Inc., et al.
  MN    0   10-3165        Tamira Prothro v. Organon USA, Inc., et al.
  MN    0   10-3166        Shilpa Hamilton v. Organon USA, Inc., et al.
  MN    0   10-3168        Janet Tetreault v. Organon USA, Inc., et al.
  MN    0   10-3169        Virginia Keeney-Dewell v. Organon USA, Inc., et al.
  MN    0   10-3170        Patricia Guadarrama v. Organon USA, Inc., et al.

NEW JERSEY
  NJ    2   10-3233        Rodricka Brown v. Organon USA, Inc., et al.
  NJ    2   10-3238        Carmen Carbonell v. Organon USA, Inc., et al.